UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATOSHA DUNSTON,<br><br>*Plaintiff,*<br><br>-against-<br><br>262 NOSTRAND LLC and ACFE GRAVITY CORP,<br><br>Defendants | Civil Action No.1:22-cv-07587-DG-RML<br><br>APPEARANCE OF COUNSEL |

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that 261 NOSTRAND LLC, the defendant, hereby appears in the above-entitled action, and that the undersigned has been retained as its attorney, and demands that a copy of the complaint and all papers in the above-entitled action be served upon the attorney at his office located at 45 4th Avenue, Brooklyn, New York 11217.

Dated: Brooklyn, New York

May 5, 2023

                                                Yours, etc.,

                                                Law office of Frank J. Rio

By: /s/_____
T. Austin Brown
45 4th Avenue
Brooklyn, NY 11217
Phone No.: 718-258-2255
Fax: 718-258-7058
Email: rio@newyorkcitylaw.com