Amazon.com - Order 113-9426906-0921012     **ORIGINAL**     4/15/23, 9:17 AM

# amazon.com

## Final Details for Order #113-9426906-0921012
Print this page for your records.

**Order Placed:** January 24, 2019
**Amazon.com order number:** 113-9426906-0921012
**Order Total: $109.99**

Case# 1:22-CV-07587 DG-RML

### Shipped on January 25, 2019

| Items Ordered | Price |
|---|---|
| 1 of: *3 ft x 29 in Aluminum Folding Portable Mobility Loading Wheelchair Threshold Access Ramp Handicap Briefcase Scooters(3FT ( 36 inch))*<br>Sold by: DT Trading Inc (seller profile) | Product question? Ask Seller<br>Condition: New | $109.99 |

**Shipping Address:**
Nostrand Cafe
261 NOSTRAND AVE
BROOKLYN, NY 11216-1212
United States


RECEIVED MAY 24 2023 PRO SE OFFICE

**Shipping Speed:**
Two-Day Shipping

### Payment information

**Payment Method:**
Visa | Last digits: 1914

**Billing address**
Nostrand Cafe
261 NOSTRAND AVE
BROOKLYN, NY 11216-1212
United States

| | |
|---|---|
| Item(s) Subtotal: | $109.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $109.99 |
| Estimated tax to be collected: | $0.00 |
| **Grand Total:** | **$109.99** |

**Credit Card transactions**     Visa ending in 1914: January 25, 2019: $109.99

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates





Case 1:22-cv-07587-DG-RML   Document 19   Filed 05/24/23   Page 3 of 11 PageID #: 42

### NYC Department of Buildings
#### Work Permit Data

**Premises:** 590 LAFAYETTE AVENUE BROOKLYN  
**Filed At:** 261 NOSTRAND AVENUE BROOKLYN  
**BIN:** 3049937  **Block:** 1789  **Lot:** 10  
**Job Type:** A2 - ALTERATION TYPE 2

**CONCRETE WORK NOT AUTHORIZED - CONCRETE PLACEMENT, FORMWORK, STEEL REINFORCING NOT PERMITTED**

**DOB NOW:** *Inspections*

| | | | | | |
|---|---|---|---|---|---|
| Job No: | 321179185 | | | Fee: | STANDARD |
| Permit No: | 321179185-01-EW-OT | Issued: | 08/21/2015 | Expires: | 02/05/2016 |
| Seq. No.: | 01 | Filing Date: | 08/20/2015 INITIAL | Status: | ISSUED |
| Work: | | Proposed Job Start: | 08/21/2015 | Work Approved: | 08/06/2015 |

ALTERATION TYPE 2 - GEN. CONSTR.

RENOVATE EXISTING STORE UG 6 ERECT MINOR INTERIOR PARTITIONS, NEW FINISHES. INSTALL PLUMBING FIXTURES. NO CHANGE IN EGRESS, OCCUPANCY OR USE.

**Use:** COM - COMMERCIAL BUILDINGS - OLD CODE  **Landmark:** NO  **Stories:** 3  
**Site Fill:** NOT APPLICABLE  
**Review is requested under Building Code:** Prior-to-1968

Adding more than three stories: No  
Removing one or more stories: No  
Performing work in 50% or more of the area of the building: No  
Demolishing 50% or more of the area of the building: No  
Performing a vertical or horizontal enlargement adding more than 25% of the area of the building: No  
Mechanical equipment other than handheld devices to be used for demolition or removal of debris to be used: No  

Approved work includes concrete: No  
Concrete work has been completed: No  
Requesting concrete exclusion now: No  
Work includes 2,000 cubic yards or more of concrete: No  

**Issued to:** ANDRIJA M DJORDJEVIC  **GENERAL CONTRACTOR - NON-REGISTERED:** GC 610748  
**Business:** AND RENOVATION LLC  
318 GRAND STREET #4A BROOKLYN NY 11211  **Phone:** 917-363-8090

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of Ne

**SPACECUTTER**
141 south 5th street, suite #ow-2
williamsburg, ny, 11211
spacecutter.com
t 347.688.2445

# TRANSMITTAL

DATE:     May 19, 2023

RE:       261 Nostrand Avenue, Brooklyn, NY, 11216

PAGES:    1

Dear Sir or Madam:

In 2015, Café Gravity Corp. engaged our architecture office to renovate an existing restaurant at the address mentioned above. The project objective was to design an economical and efficient coffee shop that met the needs of our clients, who are small business owners. Throughout the design process, we were mindful of the commercial rent expense and made timely decisions based on the client's input.

We obtained the necessary approval from the New York City Department of Buildings to proceed with the project and selected a contractor who provided a 14-week construction build-out schedule. The restaurant space is situated at the intersection of Nostrand and Lafayette Avenues, adjacent to the "G" train Bedford-Nostrand Avenue station. The subway entrance is directly attached to the side of the building, and is situated approximately four feet from the restaurant's front door. Since any construction within 200 feet of MTA property requires additional filing and a permit from the Metropolitan Transit Authority, the proximity of the subway station posed a major challenge with its month's long process.

Given the constraints imposed by the subway station's proximity, installing a permanent accessible sidewalk ramp was an undue burden & not readily achievable. The cost of the ramp construction would have exceeded 20% of the entire renovation. It is our understanding that the client made alternate accessibility arrangements involving a portable ramp, sign & buzzer.

Respectfully,

Alex Gil, architect

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NATOSHA DUNSTON,
Plaintiff,

-against-

261 NOSTAND LLC, and
CAFE GRAVITY CORP
Defendants.

Case No.: 1:22-cv-07587-DG-RML

~~ANSWER~~

Submitt copy to

Defendant, Cafe Gravity Corp., as and for its Answer to Plaintiff's Complaint, answers as follows:

1. Deny knowledge or information sufficient to form a belief as to the allegation, except to refer all questions of law to the Court.

2. Deny knowledge or information sufficient to form a belief as to the allegation.

3. Admit

4. Admit.

5. Deny knowledge or information sufficient to form a belief as to the allegation.

6. Deny knowledge or information sufficient to form a belief as to the allegation.

7. Deny.

8. Deny.

9. Deny.

10. Deny.

11. Deny knowledge or information sufficient to form a belief as to the allegation, except to refer all questions of law to the Court.

15. Deny.

16. Deny.

17. Deny.

18. Deny.

19. Deny

20. Deny knowledge or information sufficient to form a belief as to the allegation, except to refer all questions of law to the Court.

## AS To "PRAYER FOR RELIEF"

Defendant denies that Plaintiff is entitled to any relief demanded in the "Prayer for Relief"clause of the Complaint, and is not entitled to any other form of relief whatsoever. Without assuming the burden of proof as to any of the following defenses where the law does not impose such burden on Defendant, Defedant asserts the following affirmative Defenses:

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim, in whole or in part, upon which relief may be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

The claims are barred in whole or in part because Plaintiff lacks standing to bring some or all of the claims asserted herein and, in the event Plaintiff has standing to bring his Complaint, Plaintiff lacks standing to challenge any alleged barriers to access that Plaintiff did not specifically encounter and/or that are not barriers to Plaintiff as alleged

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

The claims are barred, in whole or in part, by the applicable statute of limitations.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

The claims are barred because Plaintiff has failed to allege structural barriers with requisite specificity which actually prohibit his access to the property.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

To the extent Plaintiff alleges barriers to access and demands modifications, the removal of such barriers and/or the demanded modifications are not readily achievable, are technically unattainable or physically infeasible or pose an undue burden on the Defendant and Plaintiff was provided access through readily achievable "alternative methods" of accessibility, including but not limited to customer service and <u>a portable ramp which was purchased on January 24, 2019 by Defendant.</u>

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

The requests for declaratory and injunctive relief are barred because Plaintiff cannot prove injury in fact or irreparable harm attributable to any wrongful conduct by Defendant.

## AS AND FOR AN SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, as the purported barriers are de minimis because they do not materially impair his use of the facilities as alleged.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

Plaintiff failed to exhaust administrative remedies or otherwise satisfy necessary preconditions to suit and failed to provide Defendant with notice of the alleged violations and an opportunity to cure.

## AS AND FOR AN NINETH AFFIRMATIVE DEFENSE

The claims are barred to the extent the allegations in the Complaint are moot.

## AS AND FOR AN TENTH AFFIRMATIVE DEFENSE

Defendant provided an "equivalent facilitation" by providing substantially equivalent or greater access to and usability of the alleged place of public accommodation.

## AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

At all times relevant to this action, Defendant acted honestly and in good faith to ensure full compliance with Title III of the ADA and all other applicable state and local public accommodation laws, to the extent readily achievable and/or required by law.

## AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

Removal of the alleged barriers would fundamentally alter the goods, services and/or operations.

## AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

The Complaint is barred in its entirety because the Property was built before the enactment of the ADA and the Property is thus not subject to the ADA.

## AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

Defendant is not the responsible party concerning resulting liability for any of the alleged violations in the Complaint.

## AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE

Defendant reserves the right to assert additional defenses as they may become known during the course of discovery and trial preparation or otherwise.

## RESERVATION OF RIGHTS

Defendant reserves its right to amend this Answer, assert cross claims, and to assert additional defenses and/or supplement, alter or change the Answer upon completion of an appropriate investigation and discovery.

## DEFENDANTS' PRAYER FOR RELIEF

WHEREFORE, Defendant respectfully request the following relief:

A.  Dismissal of all of Plaintiff's claims, with prejudice, and entry of judgment in favor of Defendant;

B.  An award of the costs of defending this action, including reasonable attorneys' fees; and

C.  All other legal and equitable relief that this Court deems just and proper.

Dated: May 21, 2023
      Brooklyn, New York

                                                By: Jay Choe

                                                Cafe Gravity Corp.
                                                261 Nostrand Ave.
                                                Brooklyn, NY 11216
                                                (718) 975-8588