MARIA-COSTANZA BARDUCCI
Attorney at Law
BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, NY 10011
(212) 433-2554

---

**August 21, 2023**

**Via CM/ECF**
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11202

      *Re:*    *Natosha Dunston v. 261 Nostrand llc and Cafe Gravity Corp.*
              *Civil Action No: 1:22-cv-07587-DG-RML*
              *Status Report In Re: Court's August 8, 2023 Order*

Dear Honorable Magistrate Judge Levy,

      I represent the Plaintiff in the above-referenced matter.

      Pursuant to Court's August 8, 2023 Order, the Plaintiff files this status report with a notice of settlement and an additional request to the Court for adjournment of any motions of hearings and an allotment of thirty (30-days) to file a stipulation. Tantamount, the Plaintiff and Defendants have just recently through out of Court negotiations, entered into a Settlement in Principle in this civil matter. Therein, for the sake of judicial economy, the Parties should only require additional time to finalize the settlement documentations and attain final disposition through voluntary stipulation of dismissal within the next thirty-days.

      Thank you for your consideration.

                                                    Respectfully Submitted,

                                                      **BARDUCCI LAW FIRM, PLLC**

                                                      *s/Maria Costanza Barducci*
cc: Via CM/ECF Only                    Maria-Costanza Barducci, Esq.