UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK



NATOSHA DUNSTON

Plaintiff,

Vs.

261 NOSTRAND LLC

CAFÉ GRAVITY CORPORATION

Defendant.

NOTICE OF MOTION TO DISMISS

Case # 1:22- CV-07587-DG-RML

/Honorable Robert M. Levy

United States Magistrate Judge

---

I Choe Jay request the dismissal of the case against my business because by your order we submit the document to Plaintiff and the landlords' attorneys.

   PLEASE TAKE FURTHER NOTICE the Plaintiffs attorneys in this case Maria Barducci and her Defendant Natosha Dunston are constantly suing small businesses one after another. They filed similar claim on August 2nd against another business "John/Jane Doe". When a small business corporation like mine is targeted for financial gain, it puts it in an unfortunate circumstance. I am either forced to pay $10,000 for an attorney, pay off these individuals on a baseless claim, or close my corporation. We hope based on the evidence presented that it is enough to warrant a dismissal against the motion filed against our business.

---

Name: Jay Choe

*[signature]*

Cc: Maria-Constanza Barducci
BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
NY, NY 10011

Date: 9/2/23

RECEIVED
SEP 05 2023
PRO SE OFFICE