LAW OFFICE OF
# FRANK J. RIO

45 4TH AVENUE
BROOKLYN, NY 11217-1904
718-258-2255
718-258-7058 (FAX)
rio@newyorkcitylaw.com

September 20, 2023

VIA CM/ECF

Honorable. Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11202

    RE:  Natosha Dunston v. 261 Nostrand LLC and Café Gravity Corp
        Civil Action No: 1:22-cv-07587-DG-RML

Dear Honorable. Magistrate Judge Levy:

  Kindly be advised that I am representing 261 Nostrand LLC and that due to the discovery of new evidence and the motion made by the tenant, Café Gravity Corp, my client will not consent to a settlement at this time.

  I will appear on September 25, 2023 for the scheduled telephone conference.

            Very truly yours,

            Law office of Frank J. Rio

      By: _____
            Frank J. Rio

Fjr/mg
Cc: Maria-Costanza Barducci, Esq.