MARIA-COSTANZA
BARDUCCI BARDUCCI LAW
FIRM PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK
10011 TELEPHONE: 212-433-2554

**September 22, 2023**

Honorable Robert M. Levy
U.S. District Court Judge
Eastern District of New York
225 Cadman Plaza E,
Brooklyn, NY 11201

      Re:    *Natosha Dunston, vs. 261 Nostrand llc, and Cafe Gravity Corp.*
            *Civil Action No.: 1:22-cv-07587-DG-RML*
            *Letter-Motion to Adjourn Conference and Extend Deadlines*

Dear Honorable Judge Levy,

    We represent Plaintiff in the above-styled action.

    Pursuant to the Court's August 22, 2023 Order, the Parties are required to appear before Your Honor if the case did not settle, for a telephone conference on September 25, 2023 at 2:30. As the Court may already be aware of, a prior Notice of Settlement was filed on August 21, 2023, between the Plaintiff and the non-appearing Defendant, and that since that time, the non-represented Corporation *Cafe Gravity Corp,* filed a Fed.R.Civ.P.12(b)(6) motion, and that Defendant, 261 Nostrand LLC has since (on September 21, 2023) repudiated the Settlement in Principle.

    Thereon, Counsel herein avers that Plaintiff was sure that a Settlement was nearing completion, and that, and thus naturally allowed a prior commitment to remain scheduled which is now in conflict with the September 25th Conference. Given the Plaintiff's schedule conflict, the Plaintiff beseeches the Court for an adjournment of the Conference, and proposes that said Conference can be held any other day after Wednesday the 27th. Plaintiff apologizes for the inconvenience and scheduling conflict, and was not anticipating the Defendant's revokement of the Settlement in Principle just prior to the date of Stipulation.

    For these reasons, Plaintiff requests an adjournment of the Conference at the Court's sagacious discretion thereof.

    This extension will not affect any other deadlines or events in this case. Thank you for your time in considering this request.

                                      Most Respectfully, BARDUCCI

                                      LAW FIRM PLLC

                                      Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only