UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATOSHA DUNSTON,<br><br>                                    *Plaintiff,*<br><br>-*against*-<br><br>262 NOSTRAND LLC and CAFE GRAVITY CORP,<br><br>                                   Defendants | Civil Action No.1:22-cv-07587-DG-RML<br><br>APPEARANCE OF COUNSEL |

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD

      I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for 261 NOSTRAND LLC.

Dated: Brooklyn, New York
          September 25, 2023

                                                Yours, etc.,

                                                Law office of Frank J. Rio
By:    _____
                                                Frank J. Rio
                                                45 4th Avenue
                                                Brooklyn, NY 11217
                                                Phone No.: 718-258-2255
                                                Fax: 718-258-7058
                                                Email: rio@newyorkcitylaw.com

1