MARIA-COSTANZA
BARDUCCI BARDUCCI LAW
FIRM PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK
10011 TELEPHONE: 212-433-2554

---

**September 25, 2023**

Honorable Robert M. Levy
U.S. District Court Judge
Eastern District of New York
225 Cadman Plaza E,
Brooklyn, NY 11201

    Re:    ***Natosha Dunston, vs. 261 Nostrand llc, and Cafe Gravity Corp.***
              ***Civil Action No.:  1:22-cv-07587-DG-RML***
              ***Letter-Motion to Adjourn Conference and Extend Deadlines***

Dear Honorable Magistrate Judge Levy,

    We represent Plaintiff in the above-styled action. Your Honor, this is a procedural motion, requesting the production of select portions of Settlement documents from 1:18-cv-06662-AMD-RML, for the Court's *in camera* review. As an initial matter, the Defendant was previously sued for ADA violations and wilful discrimination against another Plaintiff in this Court, that Your Honor presided over, at the same subject property that has continued its wanton and deliberate indifference to protected ADA rights and its discriminatory practices and policies at the public accommodation. The ADA matter 1:18-cv-06662-AMD-RML sought the remediation of the *594 Lafayette Ave, Brooklyn, NY 11216*, which is the same building and property owned by Defendant 261 Nostrand LLC in the current matter before the Court, cited in the Complaint [DE1] as the subject property located at 261 *Nostrand Ave., Brooklyn, NY 11216.* Please see Exhibit 1 [annexed hereto], demonstrating the public accommodations that which are located in the same property owned by the only appearing Defendant, 261 Nostrand LLC. While the previous matter for the adjacent business within said building was settled and closed on March 14, 2019, the Plaintiff formally request that the Court enter an Order compelling the Defendants to produce the "Remediation" portion of the Settlement Agreements, under seal, for the Court's *in camera* review, which will be vital and pertinent to the ultimate adjudication of this current case. The Court has jurisdiction to grant such a motion, for the Plaintiff's counsel drafted, negotiated, and signed the Settlement agreement, as did the the Defendant 261 Nostrand Ave. and the same Counsel for Defendant Thomas Austin Brown, of The Austin Brown Law Firm, are all recurring Parties or representatives thereto.

    For these reasons, Plaintiff requests an Order compelling the Defendants to produce the Settlement Documentations to this same property, as entered, executed, and agreed upon by all appearing Counsel and the Defendant herewith, in the furtherance of justice and prosecution of this civil rights action. Thank you for your attention to this matter Your Honor.

                                                      Most Respectfully, BARDUCCI
                                                      LAW FIRM PLLC

                                                      */s/ Maria Costanza Barducci*
                                                      Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only

**EXHIBIT 1**

