MARIA COSTANZA BARDUCCI
# BARDUCCI LAW FIRM
5 West 19th Street, 10th Floor
New York, New York 10011
Telephone: 212-433-2554

October 10th 2023

**Via CM/ECF**
Honorable  Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

> *RE: Dunston v. 261 Nostrand llc et al.,*
> *Civil Action  22-cv-07587-DG-RML*
> *Joint Letter-Notice of Settlement in Principle*

Your Honor:

I represent the Plaintiff in the above-referenced matter.

The parties are happy to inform the Court that they have reached a settlement in principle and are in the process of memorializing their agreement in writing. We ask that the conference scheduled for today at 1 pm is adjourned.

Pursuant to the agreement, the parties request 30 days to file their stipulation of dismissal.

Thank you for your consideration.

Respectfully Submitted,

**BARDUCCI LAW FIRM**

s/Maria Costanza Barducci, Esq.
MARIA COSTANZA BARDUCCI, ESQ.

cc: Via CM/ECF Only