M<small>ARIA</small>-C<small>OSTANZA</small> B<small>ARDUCCI</small>
Attorney at Law
BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, NY 10011
(212) 433-2554

---

**November 21, 2023**

**Via CM/ECF**
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11202

      Re:    *Natosha Dunston v. 261 Nostrand llc, et al.*
             *Civil Action No: 1:22-cv-07587-DG-RML*
             *Status Report-*

Dear Magistrate Judge Levy:

    I represent the Plaintiff in the above-referenced matter.

    The Plaintiff files this letter motion pursuant to the Court's October 23, 2023 Order that directed the Parties to continue working on Settling this civil action, and Staying all proceedings for 30 days until November 22, 2023.

    Thereon, the Plaintiff files this letter as a Status Report in this matter apprising the Court of where the case stands regarding Settlement propositions. Tantamount, the Plaintiff has just recently reviewed the draft agreements from the Defendant's counsel, and are close to reaching Settlement terms and consummating the same thereafter. However, the Parties believe they will likely require at least another thirty "30" days allotment of time to file the Final Stipulation of dismissal in this action.

    Therefore, the Parties request a 30 extension of time to file a Final Stipulation on the docket.

    Thank you for your consideration.

                                                    Respectfully Submitted,

                                                    **BARDUCCI LAW FIRM, PLLC**

                                                    s/Maria Costanza Barducci
                                                    Maria-Costanza Barducci, Esq.

cc: Via CM/ECF Only