UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: 1:22-cv-07587-DG-RML

| | |
|---|---|
| **Natosha Dunston**, <br>     Plaintiff, <br> vs. <br><br> **261 Nostrand LLC,** and <br> **Cafe Gravity Corp**, <br>     Defendants. | **JOINT STIPULATION OF VOLUNTARY <br> DISMISSAL WITH PREJUDICE <br> AS TO 261 NOSTRAND LLC** |

Plaintiff, and Defendant, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action against 261 Nostrand LLC, with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: December 29, 2023

By: /s/ Maria-Costanza Barducci
    Maria-Costanza Barducci, Esq.
    BARDUCCI LAW FIRM PLLC.
    5 West 19th St., 10th Fl.
    New York, NY 10011
    Telephone: (212) 433-2554
    mc@barduccilaw.com
    *Attorneys for Plaintiff*

By: /s/ Frank Joseph Rio
    Frank Joseph Rio, Esq.
    Law Office of Frank J. Rio
    45 4th Avenue
    Ste Ground Floor
    Brooklyn, NY 11217
    718-258-2255
    rio@newyorkcitylaw.com
    *Attorney for Defendant*

cc: Via CM/ECF