UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: 1:22-cv-07587-DG-RML

| | |
|---|---|
| **Natosha Dunston**,<br>    Plaintiff,<br>vs.<br><br>**261 Nostrand LLC,** and<br>**Cafe Gravity Corp**,<br>    Defendants. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO CAFE GRAVITY CORP.** |

Pursuant to F.R.C.P. 41(a)(1)(i), the Plaintiff, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, *with prejudice*, against Defendant, Cafe Gravity Corp.

Dated: December 29, 2023.

                                                                s/Maria Costanza Barducci
                                                                Maria-Costanza Barducci (Bar No. 5070487)
                                                                    *Attorney for Plaintiff*
                                                               BARDUCCI LAW FIRM, PLLC
                                                               5 West 19th Street, 10th Floor
                                                               New York, New York 10011
                                                               (212) 433-2554
                                                               MC@BarducciLaw.com